ARMSTRONG TEASDALE LLP
MICHAEL A. GEHRET (SBN 247869)
Michael A. Gehret
ARMSTRONG TEASDALE LLP
257 East 200 South, Suite 350
Salt Lake City, UT, 84111
Telephone: 720-200-0676
Facsimile: 720-200-0679
mgehret@atllp.com

Attorneys for Plaintiff Credova Financial LLC

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDOVA FINANCIAL LLC, a Virginia limited liability company<br><br>Plaintiff,<br><br>v.<br><br>RICKIE GALLARDO doing business as PUPPY WORLD CA<br><br>Defendant. | **STIPULATED ORDER OF ENTRY OF JUDGMENT**<br><br>Case No. 2:20-cv-04763 JFW (AGRx)<br><br>District Judge: John F. Walter |

COMES NOW, Plaintiff Credova Financial LLC, a Virginia limited liability company ("Credova") by and through its counsel of record Armstrong Teasdale LLP and Defendant Rickie Gallardo doing business as Puppy World CA ("Puppy World"), pro per (collectively, the "Parties") hereby **STIPULATE AND AGREE TO ENTRY OF JUDGMENT AS FOLLOWS:**

## STIPULATED FACTS

1. Plaintiff Credova Financial LLC ("Credova") is a Virginia limited-liability company whose principal place of business is Ashburn, Virginia.

2. At all relevant times herein, Defendant Rickie Gallardo ("Gallardo") is an individual who was a citizen of California during all relevant times herein.

3. During all relevant times herein, Gallardo operated a business in Montebello, California, called "Puppy World," alternatively known as "PuppyWorld" or "Puppy World CA."

4. This Court has jurisdiction under 28 U.S.C. § 1332 because Plaintiff and Defendant are citizens of different states, and the amount in controversy exceeds $75,000 based on the amount that Defendant Gallardo is alleged to have stolen from Credova.

5. Venue is proper in this district because upon information and belief and at all times relevant herein, Gallardo conducted substantial business operations in this district.

6. Credova is in the business of offering consumer loans and leases through its network of retailer partners.

7. On or about December 3, 2019, Puppy World contacted Credova about becoming a retail partner.

8. On or about December 4, 2019, Credova informed Puppy World CA that Credova declined to work with Puppy World CA.

9. On or about January 14, 2020, a second retailer, named "Puppyworld Olympia" contacted Credova to become a retail partner.

10. Puppyworld Olympia and Gallardo's Puppy World CA; the two businesses simply share a similar name.

11. Between February 21, 2020 and April 28, 2020, Credova errantly made 67 electronic transfers of money totaling $172,025.59 (the "Funds") into the account of Puppy World's account that were intended for Puppyworld Olympia.

12. On or about April 29, 2020, Credova contacted Gallardo, informed him of the incorrect payments and demanded the Funds back.

13. Credova was able to successfully retrieve $5,000 of the erroneously deposited Funds from Puppy World's account.

14. Gallardo presently owes Credova $167,025.59.

15. Credova has incurred $22,297.11 in costs and attorneys' fees in prosecuting this action.

## JUDGMENT AND ORDER:

IT IS THEREFORE ORDERED that Plaintiff CREDOVA FINANCIAL LLC recover from Defendant RICKIE GALLARDO the amount of $198,944.02, which includes prejudgment interest at the rate of 10%, plus post judgment interest at the rate of .14% per annum.

The parties agree and acknowledge that they are familiar with the provisions of Section 1542 of the California Civil Code, which reads as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

The parties each hereby expressly, voluntarily, knowingly and advisedly WAIVE the provisions of California Code Section 1542 as against each other to the fullest extent permitted by law.

FOR GOOD CAUSE SHOWN this Stipulated Judgment and Order shall be registered immediately in the District Court of the Central District of California and any other judicial district where Defendant RICKIE GALLARDO or the Funds may be located pursuant to 28 U.S.C.§ 1963.

IT IS SO ORDERED.

Dated: February 8, 2021                    _____
                                           John F. Walter
                                           UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dated this _23_ day of November, 2020.<br><br>ARMSTRONG TEASDALE LLP<br><br>By: /s/ Michael A. Gehret<br>    Michael A. Gehret<br>    Armstrong Teasdale LLP<br>    257 East 200 South, Suite 350<br>    Salt Lake City, UT, 84111<br>    Telephone: 720-200-0676<br>    mgehret@atllp.com<br><br>(Original Signature on File)<br><br>    Jeffrey F. Barr*<br>    Armstrong Teasdale LLP<br>    3770 Howard Hughes Pkwy<br>    Suite 200<br>    Las Vegas, Nevada 89169<br>    Telephone:  (702) 678-5070<br>    jbarr@atllp.com<br><br>    *Pro Hac Vice Pending<br><br>    *Attorneys for Plaintiff Credova* | Dated this _16_ day of November, 2020.<br><br><br><br>By:  /s/ Ricky Gallardo<br>    Ricky Gallardo, doing business<br>    As Puppy World CA<br>    3567 Central Avenue<br>    San Diego, California 92105<br>    619-755-1438<br><br>(Original Signature on File)<br><br>*Defendant in Pro Per* |

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Local Rule 5-4.1 of the Central District of California, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing was served:

☒ via electronic service using the Court's CM/ECF system, on the date below; and

☒ via the U.S. Postal Service at Salt Lake City, Utah, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

Ricky Gallardo, doing business
As Puppy World CA
3567 Central Avenue
San Diego, California 92105
619-755-1438

*Defendant in Pro Per*

Dated this 5th day of February, 2020.            /s/ Sarah Nielsen